IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MIKEY MITCHELL,**

    **Plaintiff,**

v.                                                     Civil Action No. 3:24cv546

**UNKNOWN,**

    **Defendant.**

## MEMORANDUM OPINION

Plaintiff, who is committed to Eastern State Hospital and is proceeding *pro se*, has submitted a letter presumably about his ongoing commitment. (ECF No. 1.) Plaintiff's submission fails to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
>
> **(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> **(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> **(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff fails to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. Accordingly, by Memorandum Order entered on August 23, 2024, the Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to file a complaint that complies with Federal Rule of Civil Procedure 8(a). (ECF No. 2.) The Court explained that the failure to file an appropriate complaint within that time would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not filed an appropriate complaint or otherwise responded. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 10/8/2024  /s/ M. Hannah Lauck
Richmond, Virginia   United States District Judge